UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-md-02311<br>HON. SEAN F. COX |
| In re: EXHAUST SYSTEMS | 2:16-cv-03703-SFC-MKM |
| THIS RELATES TO:<br><br>End-Payor Actions | |

**STIPULATION AND ORDER**

**Amended Stipulated Exhaust Systems Discovery Plan and Class Certification Schedule**

The End-Payor Plaintiffs, as well as, Bosal Industries-Georgia, Inc. and Bosal USA, Inc., ("Defendants"), collectively the "Parties," hereby stipulate to an amendment to the current stipulated Discovery Plan (the "Plan") entered by this Court on June 14, 2020 to address continued disruptions caused by the COVID-19 pandemic. The modification seeks an approximate 180-day (six-month) extension of the discovery schedule and follow-on deadlines. The former dates and the new stipulated dates appear in the chart below:

| Deadline | Existing Deadline | Modified Deadline |
|---|---|---|
| Completion of non-expert depositions | January 29, 2021 | July 14, 2021 |
| Completion of fact discovery | January 29, 2021 | July 14, 2021 |
| Plaintiffs' motion for class certification, any related expert reports, and Rule 26(a)(2) disclosures | March 2, 2021 | August 17, 2021 |

| Defendants oppositions to class certification | July 2, 2021 | November 17, 2021 |
|---|---|---|
| Plaintiffs' reply in support of their motions for class certification | November 5, 2021 | March 19, 2022 |

There are no other changes to the June 14, 2020 order. The parties reserve the right to petition the Court for additional written discovery should the need arise.

**IT IS SO ORDERED.**

Dated: February 3, 2021                s/Sean F. Cox
                                       Sean F. Cox
                                       U. S. District Judge


**IT IS SO STIPULATED.**


January 29, 2021              By:    */s/ William Reiss*
                                     William V. Reiss
                                     **ROBINS KAPLAN LLP**
                                     399 Park Avenue, Suite 3600
                                     New York, NY 10022
                                     Telephone: (212) 980-7400
                                     Facsimile: (212) 980-7499
                                     HSalzman@RobinsKaplan.com
                                     WReiss@RobinsKaplan.com


                                     */s/ Adam J. Zapala*
                                     Adam J. Zapala
                                     Elizabeth T. Castillo
                                     **COTCHETT, PITRE & McCARTHY, LLP**
                                     San Francisco Airport Office Center
                                     840 Malcolm Road, Suite 200
                                     Burlingame, CA 94010
                                     Telephone: (650) 697-6000
                                     Facsimile: (650) 697-0577
                                     azpala@cpmlegal.com

2

ecastillo@cpmlegal.com


*/s/ Jenna G. Farleigh*
Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
clangham@susmangodfrey.com

Floyd G. Short
Jenna Farleigh
**SUSMAN GODFREY L.L.P.**
1201 3rd Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Facsimile: (206) 516-3883
fshort@susmangodfrey.com
jfarleigh@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Classes*

January 29, 2021

By:   */s/ Gary J. Mouw*
Ronald G. DeWarrd
Gary J. Mouw
**VARNUM LLP**
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
Telephone: (616) 336-6000
rgdewarrd@varnumlaw.com
gjmouw@varnumlaw.com

*Attorneys for Bosal Industries-Georgia, Inc. and Bosal USA, Inc.*

4